**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DARYL E. HUGHES, individually And on behalf of others similarly Situated,**

**Plaintiff,**

**v.** **CASE NO.: 6:20-cv-00910-PGB-EJK**

**AMBI PAVING, LLC and DHARAM DEOCHAND,**

**Defendants.**

_____________________________/

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR COLLECTIVE STATUS**

COMES NOW, Defendants **AMBI PAVING, LLC and DHARAM DEOCHAND,** by and through their undersigned counsel and pursuant to Local Rules for the Middle District of Florida and the Federal Rules of Civil Procedure hereby file their Motion for an Extension of Time to Respond Plaintiff's Motion for Conditional Certification and state as follows:

1. On or about July 9, 2020, Plaintiff filed a Motion for Conditional Certification pursuant to the Fair Labor Standards Act ("FLSA").
2. The Motion included many issues including Notice to possible opt-in Plaintiffs is unfamiliar to Defendants who are not acquainted with federal court issues. As a

result, Defendants have specifically requested a face-to-face meeting with undersigned to better understand all legal issues.

3. Since late June, undersigned has been working out-of-state primarily in Tennessee.
4. For COVID related reasons, undersigned has been advised to avoid flying making travel very time consuming.
5. Undersigned and Defendants have agreed to meet in person on or about August 14, 2020 and to then respond to Plaintiff's Motion for Conditional Certification by August 17, 2020.
6. In addition, undersigned counsel and counsel for the Plaintiff have started communications regarding the collective action and settlement and the additional time may lead to agreement(s) on some or all issues in this matter.
7. In accord with Local Rule of Civil Procedure 3.01, undersigned contacted the office of opposing counsel who opposes this request for additional time.
8. This request for additional time is not made for dilatory reasons.

**MEMORANDUM OF LAW**

This court may grant enlargement for good cause shown. See e.g. *Lugan v. National Wildlife Fed'n,* 397 U.S. 871, 896 (1990). Defendants' request for additional time is made in good faith and does not prejudice the Plaintiff nor opt-in Plaintiffs. For these reasons, Defendants request additional time to respond to Plaintiff's Motion for Conditional Certification.

**WHEREFORE,** Defendants move this Court for additional time as described above.

.

Respectfully submitted,

/s/ Robert Blanchfield
Robert E. Blanchfield, Esquire
Florida Bar Number: 0361800
bob@blanchfieldlawfirm.com.
**ROBERT BLANCHFIELD, P.A.**
127 West Fairbanks Ave.
Suite 272
Winter Park, FL 32789
(407) 497-0463
(407) 386-8022 Facsimile
Counsel for Defendants

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 5th **day of August 2020,** I electronically filed Defendants' Motion For Extension of Time with the Clerk of the Court using the CM/ECF System which will send a notice of electronic filing all counsel of record in this matter.

/s/ Robert Blanchfield
Counsel for Defendants