UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DARYL E. HUGHES,**

       **Plaintiff,**

**v.**                                           **Case No: 6:20-cv-910-PGB-EJK**

**AMBI PAVING, LLC and**
**DHARAM DEOCHAND,**

       **Defendants.**
_____/

## **ORDER**

This cause comes before the Court on the parties' Joint Motion for Fair Labor Standards Act Settlement Approval filed June 29, 2022. (Doc. 87 (the "**Motion**")). The Motion includes as an exhibit the parties' agreed upon settlement terms. (Doc. 87-1 (the "**Agreement**")). The Honorable Magistrate Judge Embry J. Kidd submitted a Report recommending that the Motion be granted in part. (Doc. 88). The parties have filed a joint notice of non-objection to the Report. (Doc. 89).

Accordingly, after an independent *de novo* review of the record in this matter, and noting that no objections will be filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 2, 2022 (Doc. 88), is **ADOPTED** and **CONFIRMED** and made a part of this Order;

2. The parties' Motion (Doc. 87) is **GRANTED IN PART**;

3. The clause "and their assigns, heirs, executors and personal or legal representatives" (Doc. 87-1, ¶ 2) is **SEVERED** and **STRICKEN** from the Agreement;

4. The Court **FINDS** that the parties' Agreement (Doc. 87-1), as revised, is a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act;

5. The case is **DISMISSED WITH PREJUDICE**; and

6. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on August 4, 2022.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties